**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**JOSHUA CONKLIN,**

                      **Plaintiff,**

                      **v.**

**SERGEANT M. BOWEN et al.,**

                      **Defendants.**

**9:14-cv-1098**
**(GLS/CFH)**

_____

**APPEARANCES:**                    **OF COUNSEL:**

**FOR THE PLAINTIFF:**
JOSHUA CONKLIN
Plaintiff, *Pro se*
31 Lumber Street
Port Jervis, New York 12771

**FOR THE DEFENDANTS:**
HON. ERIC T. SCHNEIDERMAN          LYNN M. KNAPP BLAKE
New York State Attorney General    Assistant Attorney General
The Capitol
Albany, New York 12224

**Gary L. Sharpe**
**Senior District Judge**

## ORDER

On April 10, 2018, the court ordered plaintiff to notify the court by

April 23, 2018 of his current address and/or verify that his mailing address

is as listed in the caption of this Order and demonstrate compliance with the court's monetary sanction of $450.00. (Dkt. No. 69.)  The court warned plaintiff that his failure to comply with the Order would result in dismissal, and a copy of the Order was sent to plaintiff's last known address.  (*Id.*) Plaintiff has failed to so notify the court of his current address and demonstrate compliance with the court's monetary sanction of $450.00.

Accordingly, it is hereby

**ORDERED** that this action is **DISMISSED** for plaintiff's failure to notify the court of his address change, for failure to prosecute, and failure to comply with the court's Orders; and it is further

**ORDERED** that the Clerk serve this Decision and Order on the plaintiff at his last known address and on all other parties in accordance with the Local Rules.

May 3, 2018
Albany, New York

*/s/ Gary L. Sharpe*
Gary L. Sharpe
U.S. District Judge